[Civil No. 1324.  Filed January 23, 1914.]

[138 Pac. 14.]

J. P. ROTHLISBERGER, Appellant, v. DUANE HAMBLIN, CLARA E. WOODS and J. T. BERRY, Appellees.

APPEAL AND ERROR—NECESSITY OF APPEAL BOND.—Where the record contains no bond on appeal, but only a certified copy of a bond for costs in the lower court, the appellate court has no jurisdiction of the case.

APPEAL from a judgment of the Superior Court of the County of Apache.  Reamer Ling, Judge.  Dismissed.

The facts are stated in the opinion.

Mr. Ove E. Overson, for Appellant.

Mr. Gilbert E. Greer and Messrs. Sloan, Seabury & Wester-velt, for Appellees.

PER CURIAM.—In this case there is no bond on appeal. The papers presented to this court contain what purports to be a certified copy of a bond for costs in the superior court of Apache county.

We had before us a similar bond in the case of *Young Construction Co.* v. *Ruth Gold Mines Co. et al.*, 14 Ariz. 518, 131 Pac. 1045, and there held that such a bond gave this

court no jurisdiction on appeal. We might also observe that, if this court had acquired jurisdiction by reason of the appeal being perfected, the record presented is wholly insufficient under the law and the rules of this court to enable us to pass upon the merits of the case.

Appeal dismissed.